**800**

**Michael ZEFAS, Respondent,**

v.

**Nina ZEFAS, Appellant,**

**No. WD 46164.**

Missouri Court of Appeals,
Western District.

Feb. 23, 1993.

James T. Cook, Kansas City, for appellant.

Michael E. Zefas, pro se.

Before KENNEDY, P.J., and BERREY and SPINDEN, JJ.

ORDER

PER CURIAM:

Appeal from the trial court's judgment modifying the decree of dissolution as it pertains to visitation and from the trial court's denial of appellant's motion to modify child support.

Affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Brian MILLER, Appellant.**

**No. WD 46504.**

Missouri Court of Appeals,
Western District.

Feb. 23, 1993.

Robert W. Wheeler, Keytesville, for appellant.

James Bradley Funk, Asst. Pros. Atty., Macon County, for respondent.

Before LOWENSTEIN, C.J., and TURNAGE and SPINDEN, JJ.

ORDER

PER CURIAM:

Defendant appeals from conviction of Class B misdemeanor driving while intoxicated in violation of § 577.010 RSMo.1986.

The judgment of conviction is affirmed. Rule 30.25(b).

**Willie J. JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46529.**

Missouri Court of Appeals,
Western District.

Feb. 23, 1993.

Robert E. Steele, Jr., Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and HANNA, JJ.

ORDER

PER CURIAM.

Willie J. Johnson appeals from the judgment denying his Rule 24.035 postconviction motion after an evidentiary hearing.

The judgment is affirmed. Rule 84.16(b).